IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:06CR3027-1 |
| v. | ) | |
| JAIME LAMON ESQUIVEL, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's objection to intent to destroy exhibits (filing 222) is denied.

DATED this 13th day of December, 2011.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge